JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BILLY GITAU,<br><br>Plaintiff,<br><br>v.<br><br>DUSTIN FAY et al.,<br><br>Defendants. | No. SA CV 24-00977-DOC (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Date: January 22, 2025

_____
DAVID O. CARTER
United States District Judge